

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.M., Jr., and C.M., Children

No. 06-23-00003-CV

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CPS-22-03775). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk